

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR IXIS REAL
ESTATE CAPITAL TRUST 2006-HE-1      CASE NUMBER:1:11-cv-4993
MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2006-HE-1

PLAINTIFF

VS.                                  DISTRICT JUDGE: Samuel Der-Yeghiayan

LYN A BERNSTEIN, AMERICAN EXPRESS    MAGISTRATE JUDGE: Michael T. Mason
CENTURION BANK, THE VILLAGE OF
SKOKIE, ILLINOIS, A MUNICIPAL
CORPORATION, STANLEY JAY
BERNSTEIN,

DEFENDANT(S).

## ORDER

THIS CAUSE comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT 36 (EXCEPT THE SOUTH 10 FEET THEREOF) AND THE SOUTH 20 FEET OF LOT 37 IN BLOCK 5, IN NORTH SIDE REALTY COMPANY'S DEMPSTER GOLF COURSE SUBDIVISION, OF THE NORTHEAST 1/4 OF SECTION 23, TOWNSHIP 41 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as 8446 Christiana Avenue, Skokie, IL 60076
Property Index No. 10-23-223-051

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That the real property that is the subject matter of the instant proceeding is a single family residence;

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That Judicial Sales Corporation, hereinafter "Special Commissioner," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Special Commissioner are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

That Plaintiff is not granted a deficiency judgment;

735 ILCS 5/9-117 is not applicable in this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Special Commissioner shall execute and deliver to the successful bidder a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

V & T Investment Corp.
c/o Tam Huynh
2248 W. Foster
Chicago, IL 60625
773-430-8070

IT IS FURTHER ORDERED:

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provisioned in 735 ILCS 5/15-1701;

That the Sheriff of Cook County is directed to evict and dispossess Lyn A Bernstein, Stanley Jay Bernstein from the premises commonly known as 8446 Christiana Avenue, Skokie, IL 60076.

The Sheriff cannot evict until 30 days after the entry of this order.

   IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

   A copy of this order shall be sent via regular mail to all defendants within 7 days.

Dated: 6/18/13        Entered: _____
                    Judge

JULIA M. BOCHNOWSKI #6301499
Burke Costanza & Carberry LLP
225 W. Washington St, Suite 2200
Chicago, IL 60606
(219) 769-1313